1

2

3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5

6

**WIN TRANSPORT INC.,**

**Case No.: 14-CV-4178  YGR**

7

**Plaintiff,**

**JUDGMENT AGAINST  DEFENDANT CFT IN FAVOR OF PLAINTIFF**

8

**vs.**

9

**CALIFORNIA FREEDOM TRANS. LLC,** *et al.*,

10

**Defendant.**

11

The Court having granted the Motion for Default Judgment of Win Transport  Inc., it is

12

**ORDERED, ADJUDGED AND DECREED** that:

13

Judgment is entered in favor of Win Transport Inc. and against California Freedom Trans.

14

LLC in the amount of **$339,400.00.**

15

**IT IS SO ORDERED.**

16

Date:   April 27, 2015

17

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California