UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**WIN TRANSPORT, INC.,**

    Plaintiff,

  v.

**CALIFORNIA FREEDOM TRANS. LLC, ET AL.,**

    Defendants.

Case No. 14-cv-4178-YGR

**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE**

A Case Management Conference ("CMC") is set for August 17, 2015. (Dkt. No. 32.) The parties failed to file a joint CMC statement by the August 10, 2015 deadline. *See* Standing Order in Civil Cases ¶ 6. Thus, the Court **CONTINUES** the CMC to **August 31, 2015** at 2 p.m.

Moreover, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a joint CMC statement. The Court also **SETS** an Order to Show Cause hearing for **August 31, 2015** at 2 p.m. Both the CMC and the Order to Show Cause hearing will be held in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California.

By no later than **August 24, 2015**, the parties shall file: (1) a joint CMC statement, including a statement that counsel have reviewed the Local Rules and Standing Orders with respect to their responsibilities; and (2) a written response to this Order to Show Cause, indicating why they should not be sanctioned for failing to file the required statement by the deadline. As provided by Local Rule 16-10, lead trial counsel for each party must attend the conference. Telephonic appearances will not be permitted. Failure to file a joint statement, written response, or to appear at the hearing will be deemed an admission that no good cause exists for the failure and that imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: August 11, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**