UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIN TRANSPORT INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA FREEDOM TRANS LLC, et al.,<br>Defendants. | Case No.  14-cv-04178-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, May 2, 2016 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION  TO BE COMPLETED BY: | February 29, 2016 |
| LAST DAY TO  AMEND PLEADINGS: | November 20, 2015 (responses by 12/11/15) |
| NON-EXPERT DISCOVERY CUTOFF: | April 30, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: April 5, 2016<br>Rebuttal: April 15, 2016 |
| EXPERT DISCOVERY CUTOFF: | May 31, 2016 |
| DISPOSITIVE MOTIONS[1] / DAUBERT  MOTIONS TO BE HEARD BY: | July 26, 2016 (Filed by 6/14/16) |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, November 9, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 2, 2016 |
| PRETRIAL CONFERENCE: |  November 16, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 5, 2016 at 8:30 a.m. for 4 days (Jury or Bench Trial ) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1   Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

2   and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

3   hearing on Friday, November 16, 2016 at 9:01 a.m. is intended to confirm that counsel have

4   reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The

5   compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,

6   California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the

7   parties shall file a one-page JOINT STATEMENT confirming they have complied with this

8   requirement or explaining their failure to comply.  If compliance is complete, the parties need not

9   appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be

10  allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may

11  result in sanctions.

12          The parties must comply with both the Court's Standing Order in Civil Cases and Standing

13  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

14  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

15          **IT IS SO ORDERED.**

16  Dated: November 10, 2015

17  _____

18  YVONNE GONZALEZ ROGERS
    United States District Court Judge

19

20

21

22

23

24

25

26

27

28