**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WIN TRANSPORT, INC.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**CALIFORNIA FREEDOM TRANS. LLC, *et al.*,**<br><br>    Defendants. | Case No.: 14-cv-04178 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the Certification of ADR Session (Dkt. No. 78), that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, April 22, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

By no later than April 15, 2016, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: March 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**