**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WIN TRANSPORT, INC.,**<br><br>       Plaintiff,<br><br>v.<br><br>**CALIFORNIA FREEDOM TRANS. LLC,** *et al.*,<br><br>       Defendants. | Case No.: 14-cv-04178 YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE ON BEHALF OF DEFENDANT US GROWERS COLD STORAGE; CONTINUING COMPLIANCE HEARING** |

The Court **ORDERS** a person with authority to execute the settlement agreement on behalf of defendant US Growers Cold Storage to appear personally before the Court on **Tuesday, April 26, 2016** at **2:01 p.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. If defendant US Growers Cold Storage files a notice with the Court stating that it has executed the settlement agreement by 5:00 p.m. on April 25, 2016, no personal appearance shall be required and the matter will be taken off calendar.

Further, and in light of the parties' Joint Statement Regarding Status of Dismissal, the Compliance Hearing currently scheduled for April 22, 2016 is hereby **CONTINUED** to **Friday, May 27, 2016** on the Court's **9:01 a.m.** Calendar in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. By no later than May 20, 2016, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: April 20, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**